**Frank Eugene WINGFIELD,
Plaintiff–Appellant,**

v.

**HITE, Defendant–Appellee.**

No. 00–16425.

D.C. No. CV–00–20467–JF.

United States Court of Appeals,
Ninth Circuit.

Submitted July 9, 2001.*

Decided July 20, 2001.

Before KOZINSKI, T.G. NELSON, and TALLMAN, Circuit Judges.

MEMORANDUM **

Frank Eugene Wingfield, a California state prisoner, appeals pro se the district court's 28 U.S.C. § 1915A(b)(1) dismissal of his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo dismissals pursuant to 28 U.S.C. § 1915A(b)(1). *See Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir.2000). We affirm.

Because Wingfield alleged that Hite's actions were at the most negligent and did not rise to the level of deliberate indifference to a serious medical need, the district court did not err by dismissing Wingfield's

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

complaint. . *See Frost v. Agnos,* 152 F.3d 1124, 1130 (9th Cir.1998).

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Kessler's request for oral argument is denied.

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as may be provided by 9th Cir. R. 36–3.

